**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| YENKIN-MAJESTIC PAINT CORPORATION | : : : | |
| Plaintiff, | : : | Case No. 2:25-cv-00102 |
| v. | : : : | Judge _____ Magistrate Judge _____ |
| ILLINOIS UNION INSURANCE COMPANY d/b/a CHUBB | : : : : | |
| Defendant. | : | |

## DEFENDANT ILLINOIS UNION INSURANCE COMPANY'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332(a), 1441(b), and 1446, Illinois Union Insurance Company ("Illinois Union" or "Defendant"), submits notice of its removal of this action, captioned *Yenkin-Majestic Paint Corporation v. Illinois Union Insurance Company* and bearing civil case number 24CV-12-9962, from the Court of Common Pleas of Franklin County, Ohio to the United States District Court for the Southern District of Ohio. Pursuant to 28 U.S.C. § 1446(a), Illinois Union states as follows:

### BACKGROUND

1. On December 31, 2024, Plaintiff Yenkin-Majestic Paint Corporation ("Plaintiff" or "Yenkin") filed a Complaint in the Court of Common Pleas of Franklin County against Illinois Union alleging that Illinois Union breached the terms of an insurance policy it issued Yenkin by "refus[ing] to reimburse Yenkin for over $1 million in covered costs," related to an explosion at Yenkin's resin manufacturing plant that resulted in the release of hazardous chemicals (Compl., ¶ 1). Plaintiff's Summons and Complaint are the only process, pleadings, and orders that have been

served on Chubb in this action to date. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the Summons and Complaint is attached hereto as **Exhibit A.**

2. Yenkin's Complaint asserts two counts against Illinois Union: (1) breach of contract and (2) bad faith.

## VENUE AND SUBJECT MATTER JURISDICTION

3. Pursuant to 28 U.S.C. § 1446(a), Illinois Union files this notice as required "in the district court of the United States for the district and division within which [the Franklin County] action is pending."

4. This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a) because (1) there is complete diversity of citizenship between Plaintiff and Defendant; (2) the amount in controversy exceeds $75,000, exclusive of interests and costs; and (3) all other requirements for removal have been satisfied.

## DIVERSITY JURIDICTION

5. For purposes of diversity jurisdiction, a corporation is "a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business…" 28 U.S.C. § 1332(c)(1).

6. Yenkin-Majestic Paint Corporation is a corporation organized under Ohio law and maintains its principal place of business in Columbus, Ohio. (Compl. ¶ 2).

7. Illinois Union Insurance Company is a corporation organized under Pennsylvania law corporation with its principal place of business in Philadelphia, Pennsylvania**.** (Compl. ¶ 2).

8. Because Plaintiff is a citizen of Ohio and Defendant is a citizen of Pennsylvania, there is complete diversity of citizenship.

9. In this case, Plaintiff's purported damages exceed $1,000,000, exclusive of interest and costs. (Compl., ¶ 1). Therefore, the amount in controversy exceeds the $75,000 jurisdictional threshold.

## OTHER REMOVAL REQUIREMENTS

10. On January 10, 2025, Plaintiff served Illinois Union with the Complaint.

11. Because Plaintiff served Chubb on January 10, 2025, the last day to file the Notice of Removal is February 10, 2025. 28 U.S.C. § 1446(b)(1). This Notice of Removal is timely filed within thirty days of service.

## CONCLUSION

12. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), and this action is one which may be removed to federal district court by Federal pursuant to 28 U.S.C. §§ 1441(b) and 1446(a), as there is complete diversity in citizenship between the Plaintiff and Defendant and because the amount in controversy, as set forth above, exceeds $75,000, exclusive of interest and costs.

**WHEREFORE**, Chubb hereby removes this action from the Court of Common Pleas of Franklin County to the United States District Court for the Southern District of Ohio, Eastern Division. By filing this Notice of Removal, no party waives any defenses that may be available to it and reserves all such defenses.

Respectfully submitted,

*/s/ Daniel F. Gourash*_____
Daniel F. Gourash (0032413)
Robert D. Anderle (0064582)
Seeley, Savidge, Ebert & Gourash, Co., LPA
26600 Detroit Road, Suite 300
Westlake, Ohio 44145
dfgourash@sseg-law.com
rdanderle@sseg-law.com
(216) 566-8200

*Attorney for Illinois Union Insurance Company d/b/a Chubb*

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on February 6, 2025, a copy of the foregoing was filed electronically, and a true and correct copy was served upon the following via the Court's electronic distribution system, and via email and/or first class mail as follows:

Rex H. Elliott
Barton R. Keyes
Cooper Elliott
305 West Nationwide Boulevard
Columbus, Ohio 43215
rexe@cooperelliott.com
bartk@cooperelliott.com

*/s/ Daniel F. Gourash*
Daniel F. Gourash (0032413)
*Attorney for Illinois Union Insurance Company d/b/a Chubb*