**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Yenkin-Majestic Paint Corporation,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:25-cv-00102** |
| | : | |
| **v.** | : | **Judge Edmund A. Sargus** |
| | : | |
| **Illinois Union Insurance Company d/b/a Chubb,** | : | **Magistrate Kimberly A. Jolson** |
| | : | |
| | : | |
| **Defendant.** | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties stipulate to the dismissal of this entire action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing its own costs, expenses, and attorney fees.

Respectfully submitted,

/s/ Barton R. Keyes
Rex H. Elliott (0054054)
Barton R. Keyes (0083979)
Cooper Elliott
305 West Nationwide Boulevard
Columbus, Ohio 43215
(614) 481-6000
(614) 481-6001 (Facsimile)
rexe@cooperelliott.com
bartk@cooperelliott.com

Attorneys for Plaintiff
Yenkin-Majestic Paint Corporation

/s/ Daniel F. Gourash (per email auth.)
Daniel F. Gourash (0032413)
Robert D. Anderle (0064582)
Seeley, Savidge, Ebert & Gourash, Co., LPA
26600 Detroit Road, Suite 300
Westlake, Ohio 44145
(216) 556-8200
dfgourash@sseg-law.com
rdanderle@sseg-law.com

Kevin Haas (*Pro Hac Vice*)
Jordan Russell (*Pro Hac Vice*)
CLYDE & CO US LLP
(973) 210-6700
(312) 635-7000
kevin.haas@clydeco.us
jordan.russell@clydeco.us

Attorneys for Defendant Illinois Union
Insurance Company d/b/a Chubb